UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERICK OWUSU,<br><br>            Plaintiff,<br>    v.<br><br>BANK OF AMERICA, et al.,<br><br>            Defendants. | Case No. C15-1606-JLR-JPD<br><br>ORDER RE-NOTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING MOTION FOR COLOR PHOTOCOPIES, AND DIRECTING DEFENDANTS TO PROVIDE CLARIFICATION |

This is a *pro se* prisoner civil rights action under 42 U.S.C. § 1983. Plaintiff's motion for partial summary judgment is noted for March 10, 2017, and defendants' motion for summary judgment is noted for April 28, 2017. It appears defendants filed their motion twice. Dkts. 74 & 75. In addition, plaintiff has filed a motion for an order directing the Clerk to provide color photocopies of exhibits, Dkt. 69, and two motions for an extension of time to file his reply in support of his motion for partial summary judgment, Dkts. 71 & 72. Having considered the parties' submissions, the Court finds and ORDERS:

(1) In the interests of judicial efficiency, the Clerk is directed to RE-NOTE plaintiff's motion for partial summary judgment, Dkt. 66, for **April 28, 2017**, the same day defendants' motion is noted.

ORDER - 1

(2) In accordance with the local rules, Plaintiff may file a reply brief in support of his motion for partial summary judgment on or before the noting date, which is now April 28, 2017. Thus, plaintiff's motions for extension of time, Dkts. 71 & 72, are DENIED as moot.

(3) Plaintiff's motion for an order directing the Clerk to photocopy exhibits in color, Dkt. 69, is DENIED. Documents that are e-filed with the Court, including the exhibits accompanying plaintiff's motion for partial summary judgment, are scanned in their original color. Accordingly, plaintiff does not need to submit hard copies of the exhibits that are in color.

(4) It appears that defendants filed their summary judgment motion twice. *See* Dkts. 74 & 75. **Within seven days** of the date of this order, defendants shall correct any filing error or provide a brief explanation to the Court as to why two motions were filed.

(5) The Clerk is directed to send copies of this order to the parties and to Judge Robart.

Dated this 3rd day of April, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2