UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERICK OWUSU,<br><br>                              Plaintiff,<br><br>          v.<br><br>BANK OF AMERICA NA, et al.,<br><br>                              Defendants. | Case No. C15-1606JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Before the court are Plaintiff Derick Owusu's objections (Obj. (Dkt. # 91)) to Magistrate Judge James P. Donohue's Report and Recommendation (R&R (Dkt. # 90)). The court has examined Mr. Owusu's objections and concludes that they lack merit. Mr. Owusu's objections ask the court to review de novo Magistrate Judge Donohue's rulings, which thoroughly addressed Mr. Owusu's arguments. (*See generally id.*) The court has independently reviewed Mr. Owusu's objections and rejects them for the same reasons that Magistrate Judge Donohue rejected them.

Accordingly, the court OVERRULES Mr. Owusu's objections (Dkt. # 91) and ADOPTS the Report and Recommendation (Dkt. # 90).

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

Therefore, the court ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Mr. Owusu's requests to conduct additional discovery and extend the time to respond to defendants' summary judgment motion (Dkt. ## 82-83), are GRANTED in part and DENIED in part, as discussed in the Report and Recommendation.

(3) Defendants' motion for summary judgment, (Dkt. # 75), is GRANTED, and this action is DISMISSED with prejudice.

(4) Mr. Owusu's motion for partial summary judgment, (Dkt. # 66), is DENIED.

(5) The Clerk is directed to send copies of this order to the parties and to Magistrate Judge Donohue.

Dated this 19th day of July, 2017.

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2